Arthur Lee THREETS, Jr. *v.* STATE of Arkansas

CR 87-59                                    736 S.W.2d 282

Supreme Court of Arkansas
Opinion delivered September 28, 1987

*Mark A. Colbert*, for appellant.

*Steve Clark*, Att'y Gen., by: *Clint Miller*, Asst. Att'y Gen., for appellee.

DARRELL HICKMAN, Justice. Arthur Lee Threets, Jr., was convicted of aggravated robbery, theft of property, and of being a felon in possession of a firearm. He had twelve prior felony convictions. The jury sentenced him to a total of 100 years imprisonment.

His only argument on appeal, that using the term habitual criminal before the jury denied him a fair trial, was not raised below. Therefore, we need not consider it. *Wicks* v. *State*, 270 Ark. 781, 606 S.W.2d 366 (1980).

Affirmed.